OPINION OF THE COURT
Memorandum.
The order of the Appellate Division should be affirmed.
Defendant’s vehicle was stopped by the police at 3:00 in the morning for proceeding the wrong way down a one-way street. The driver of the vehicle provided what the police rationally concluded was a false identification. In our view, this constitutes sufficient record support for the lower courts’ findings that the police possessed a founded suspicion of criminality justifying a common-law inquiry in the form of a request for defendant to consent to a search of the vehicle (People v Hollman, 79 NY2d 181, 191-192). Because this determination involves a mixed question of law and fact, beyond our power of review to the extent there is a finding below with record support (see, Matter of Gissette Angela P., 80 NY2d 863, 864), our review process is exhausted.